```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 38225
    WAULINE R HARRIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-8820


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 09/18/2005 and was confirmed 11/28/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 10/08/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
JP MORGAN CHASE BANK NA  CURRENT MORTG        .00            .00            .00
JP MORGAN CHASE BANK NA  MORTGAGE ARRE      25.00            .00          25.00
RETAIL SERVICES          NOTICE ONLY     NOT FILED           .00            .00
SOURCEONE CU             NOTICE ONLY     NOT FILED           .00            .00
FLEET CREDIT CARD        UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA NA       UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA NA       UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA NA       UNSECURED       NOT FILED           .00            .00
BENEFICIAL FINANCE CORP  UNSECURED       NOT FILED           .00            .00
BLUE ISLAND CONSULTANTS  UNSECURED       NOT FILED           .00            .00
SMC                      UNSECURED        2084.75            .00         2084.75
CBUSASEARS               UNSECURED       NOT FILED           .00            .00
CBUSASEARS               UNSECURED       NOT FILED           .00            .00
CBUSASEARS               UNSECURED       NOT FILED           .00            .00
CHASE                    UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        5900.73            .00         5900.73
CHASE                    UNSECURED       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        4642.08            .00         4642.08
COMMONWEALTH EDISON      UNSECURED       NOT FILED           .00            .00
RETAIL SERVICES          UNSECURED       NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI UNSECURED        4618.88            .00         4618.88
EVANS FUR                UNSECURED       NOT FILED           .00            .00
FORD MOTOR CREDIT        UNSECURED       NOT FILED           .00            .00
GEMB/AMERICAN HONDA      UNSECURED       NOT FILED           .00            .00
GEMB/JC PENNEY           UNSECURED       NOT FILED           .00            .00
GEMB SAMS                UNSECURED       NOT FILED           .00            .00
GEMB SAMS                UNSECURED       NOT FILED           .00            .00
GEMB SAMS                UNSECURED       NOT FILED           .00            .00
HFC                      UNSECURED       NOT FILED           .00            .00
HSBC/CARSONS             UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED        2588.90            .00         2588.90
ECAST SETTLEMENT CORP    UNSECURED         203.66            .00          203.66

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 38225 WAULINE R HARRIS
```

```
KOHLS                        UNSECURED        NOT FILED           .00            .00
MARSHALL FIELDS              UNSECURED          1414.99            .00        1414.99
NATIONAL CITY CARD SERVI     UNSECURED        NOT FILED           .00            .00
NGBL CARSONS                 UNSECURED        NOT FILED           .00            .00
NICOR GAS                    UNSECURED        NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED        NOT FILED           .00            .00
HERITAGE PULLMAN BANK        UNSECURED        NOT FILED           .00            .00
PULMONARY CONSULTANTS SC     UNSECURED        NOT FILED           .00            .00
RETAILERS NATIONAL BANK      UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP        UNSECURED           507.79            .00         507.79
AT & T BANKRUPCTY            UNSECURED        NOT FILED           .00            .00
EVANS                        UNSECURED        NOT FILED           .00            .00
SEARS MASTER CARD            UNSECURED        NOT FILED           .00            .00
SOURCEONE CU                 SECURED            175.00            .00         175.00
SOURCEONE CU                 UNSECURED          3497.88            .00        3497.88
SPIEGEL                      UNSECURED        NOT FILED           .00            .00
ST FRANCIS HOSPITAL & HE     UNSECURED        NOT FILED           .00            .00
TRI STATE ADJUSTMENT         UNSECURED        NOT FILED           .00            .00
WFNNB NEW YORK & COMPANY     UNSECURED        NOT FILED           .00            .00
ROBERT V SCHALLER ^          DEBTOR ATTY       1,640.00                      1,640.00
TOM VAUGHN                   TRUSTEE                                         1,792.55
DEBTOR REFUND                REFUND                                            130.39

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 29,222.60

PRIORITY                                              .00
SECURED                                            200.00
UNSECURED                                       25,459.66
ADMINISTRATIVE                                   1,640.00
TRUSTEE COMPENSATION                             1,792.55
DEBTOR REFUND                                      130.39
                        --------------         --------------
TOTALS                  29,222.60               29,222.60
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                            PAGE   2
             CASE NO. 05 B 38225 WAULINE R HARRIS